Rabin J. Pournazarian, SBN 186735
**Price Law Group, APC**
15760 Ventura Blvd., Suite 800
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:16-bk-25305-VZ |
| | Chapter 13 |
| **TRACI R. TOSCANO,** | NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE |
| Debtor. | |
| | Date: 12/13/2016 |
| | Time: 9:30am |
| | Place: 255 E. Temple, Courtroom 1368 |
| | Los Angeles, CA 90012 |

TO THE HONORABLE VINCENT P. ZURZOLO; NANCY CURRY/CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the Debtor's attorney of record, Rabin J. Pournazarian, hereby files a NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE filed on November 23, 2016, and set for the above-listed hearing.

Date: 11/23/16

By: _____
Rabin J. Pournazarian
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 800
Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 28, 2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   CHAPTER 13 TRUSTEE: Nancy K Curry (TR)    ecfnc@trustee13.com
   ATTORNEY FOR DEBTOR: Rabin J Pournazarian    enotice@pricelawgroup.com, rabin@pricelawgroup.com
   U.S. TRUSTEE: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On November 28, 2016 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ,I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 28, 2016 | Laura Franklin | _(signature)_ |
|---|---|---|
| Date | Typed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**VIA U.S. MAIL**

**CREDITOR**
New Penn Financial LLC
dba Shellpoint Mortgage
Attn: Cara Perry
PO Box 10826
Greenville, SC 29603-0826

## AND ATTACHED SERVICE LIST

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:16-bk-25305-VZ<br>Central District of California<br>Los Angeles<br>Mon Nov 28 11:03:18 PST 2016 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Affordable Auto Inc.<br>8509 Rosemead Blvd.<br>Pico Rivera, CA 90660-5427 |
| Check 'n Go<br>Collections Department<br>100 Commercial Drive<br>Fairfield, OH 45014-5556 | Credit One<br>2333 N Broadway Ste 130<br>Santa Ana, CA 92706-1641 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Navient<br>US Dept of Education Loan Servicing<br>P.O. Box 9635<br>Wilkes Barre, PA 18773-9635 | Quality Loan Service<br>1650 East Fourth Street<br>TSN: CA-12-526317LL<br>Santa Ana, CA 92701-5151 | Shellpoint Mortgage<br>55 Beattie Pl #500<br>Greenville, SC 29601-5116 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Wells Fargo Bank, N.A.<br>PO BOX 54780<br>Des Moines, IA 50306 | Nancy K Curry (TR)<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017-2466 |
| Rabin J Pournazarian<br>15760 Ventura Blvd Ste 800<br>Encino, CA 91436-3018 | Traci Renee Toscano<br>9529 Orr And Day Road<br>Santa Fe Springs, CA 90670-2721 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients    0<br>Total                  13 |