| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian,  Bar No. 186735<br>Price Law Group, APC<br>15760 Ventura Blvd., Suite 800<br>Encino, CA  91436<br>(818) 995-4540 Telephone<br>(818) 995-9277 Fax<br>rabin@pricelawgroup.com<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>TRACI R. TOSCANO | CASE NO.: 2:16-bk-25305-VZ<br>CHAPTER: 13 |
|---|---|
| | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
| Debtor(s). | |

1.  Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a.  Title of motion: <u>NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR</u>

    b.  Date of filing of motion: <u>11/29/2016</u>  CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

2.  Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

    a.  Briefly specify the relief requested in the motion:

    Movant seeks an Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems
    Appropriate with respect to all secured creditors.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                        **F 9075-1.1.APP.SHORT.NOTICE**

b.   Identify the parties affected by the relief requested in the motion:

Traci Toscano

c.   State the reasons necessitating a hearing on shortened time:

Pursuant to 11 U.S.C. Section 362 (c)(3)(B), a hearing for Motion to Impose or Continue Automatic Stay must be held within 30 days of the case being filed.  As it currently stands,there is not enough time for a Motion to Impose or Continue Automatic Stay on regular notice.  Under the new bankruptcy code, the Debtor is only granted Automatic Stay protection for 30 days following the filing of her second Chapter 13 bankruptcy within one year.  Therefore, unless this Application for an Order Shortening Time is granted, the Debtor could lose her home at foreclosure and be subject to levies and lawsuits.

3.   Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.   Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER .SHORT.NOTICE

Date: 11|28|16

Price Law Group, APC
Printed name of law firm

Signature of individual Movant or attorney for Movant

Rabin J. Pournazarian, Esq.
Printed name of individual Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                        **F 9075-1.1.APP.SHORT.NOTICE**

# DECLARATION OF RABIN J. POURNAZARIAN

# DECLARATION OF RABIN J. POURNAZARIAN

I, Rabin J. Pournazarian, hereby declare and state as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I could and would competently testify thereto in a court of law. I am an attorney employed by Price Law Group, APC ("PLG").

2. I am the attorney of record for Traci Toscano ("Debtor") in this present Chapter 13 bankruptcy case filed on or about November 18, 2016 and bearing bankruptcy Case No: 2:16-bk-25305-VZ.

3. Debtor previously filed for protection under Chapter 13 of the United States Bankruptcy Code, on January 28, 2013 in a bankruptcy case bearing the Case No: 2:13-bk-12191.

4. Debtor's previous case was dismissed due to failure to maintain plan payments. The Debtor unexpectedly had to go on disability, and did not have the income necessary to maintain plan payments.

5. The Debtor has a steady source of income, and is able to maintain her plan payments.

6. Debtor filed this present case so that she may reorganize her debt and save her home.

7. Per 11 U.S.C. Section 362(c)(3)(B), a hearing for Motion to Impose or Continue the Automatic Stay must be held within 30 days of the case being filed.

8. There is not enough time for a Motion to Impose of Continue the Automatic Stay on regular notice.

9. Under the new bankruptcy code, the Debtor is only granted Automatic Stay protection for 30 days following the filing of his second Chapter 13 bankruptcy within one year.

10. Unless this Application for Order Shortening Time is granted, the Debtor could lose her home to foreclosure.

11. This motion will allow the Debtor to resolve her debt in an orderly manner and to save her home, which is her principal residence.

1    12. A true and correct copy of Debtor's Motion to Impose or Continue the Automatic Stay is attached

2        hereto as **Exhibit "1."**

3

4    I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 28ᵗʰ day of

5    November 2016, at Encino, California.

6

7

8                                                                    _____

9                                                                    Rabin J. Pournazarian

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian,  Bar No. 186735<br>Price Law Group, APC<br>15760 Ventura Blvd., Suite 800<br>Encino, CA  91436<br>(818) 995-4540 Telephone<br>(818) 995-9277 Fax<br>rabin@pricelawgroup.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>TRACI R. TOSCANO | CASE NO.: 2:16-bk-25305-VZ<br><br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)** |
| Debtor(s). | DATE: TBD<br>TIME: TBD<br>COURTROOM: 1368 |

Movant:  TRACI R. TOSCANO

1.  NOTICE IS HEREBY GIVEN to SHELLPOINT MORTGAGE, AFFORDABLE AUTO INC, AND ALL INTERESTED PARTIES (Secured Creditor/Lessor),trustee (if  any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2.  **Hearing Location:**

    ☒ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

3.  ☒ a.   This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1.  If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

☐ b.  This motion is being heard on SHORTENED NOTICE.  If you wish to oppose this motion, you must appear at the hearing.  Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least _____ days before the hearing.

    (1) ☐  An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

    (2) ☐  An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon appropriate creditor(s) and trustee, if any.

    (3) ☐  An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4.  You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5.  If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: ___11/28/16___

                                         **PRICE LAW GROUP, APC**
                                         Printed name of law firm (if applicable)

                                         *Robin Pournazarian*
                                         Printed name of individual Movant or attorney for Movant

                                         Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                       **F 4001-1.IMPOSE.STAY.MOTION**

## MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** Traci R. Toscano

1. **The Property or Debt at Issue:**

   a.  ☒  Movant moves for an order imposing a stay with respect to the following property (Property):

   ☒  Vehicle (*describe year, manufacturer, type, and model*): 2003 Honda Accord
   Vehicle Identification Number: 1HGCM82723A007249
   Location of vehicle (*if known*): 9529 Orr And Day Road, Santa Fe Spring, CA 90670

   ☐  Equipment (*describe manufacturer, type, and characteristics*):
   Serial number(s):

   Location (*if known*):

   ☐  Other Personal Property (*describe type, identifying information, and location*):

   ☒  Real Property
   Street Address: 9529 Orr And Day Road
   Apt./Suite No.:
   City, State, Zip Code: Santa Fe Springs, CA 90670
   Legal description or document recording number (include county of recording): See attached.

   ☒  See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor)  See Attached Schedule D

   to secure the sum of approximately $ 383,539.37 _____ now owed. (Secured Creditor/Lessor).
   Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached.  (*Attach additional sheets as necessary*)

   b.  ☐  Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c.  ☐  Movant moves for an order **imposing a stay** as to *all creditors*.

   d.  ☐  Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*; and/or

   e.  ☒  Movant moves for an order continuing the **automatic stay** as to *all creditors*.

2. **Case History:**

   a.  ☒  A voluntary ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7 ☐ 11 ☐ 12 ☒ 13
   was filed concerning the present case on (*specify date*): 11/18/2016

   b.  ☐  An Order of Conversion to chapter  ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*specify date*):

   c.  ☐  Plan was confirmed on (*specify date*):

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 3                    **F 4001-1.IMPOSE.STAY.MOTION**

d. Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

1. Case name: In Re Toscano
   Case number: 2:13-bk-12191                    Chapter: 13
   Date filed: 01/28/2013                        Date dismissed: 9/23/2016
   Relief from stay re this Property    ☒ was    ☐ was not granted
   Reason for dismissal: The Debtor was unable to maintain plan payments.

2. Case name:
   Case number:                                  Chapter:
   Date filed:                                   Date dismissed:
   Relief from stay re this Property    ☐ was    ☐ was not granted
   Reason for dismissal:

   ☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. § 521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☒ The first date set for the meeting of creditors under 11 U.S.C. § 341(a) is/was  11/29/2016  and the court ☐ has ☒ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C. § 521(a)(2). The extended date (*if applicable*) is _____.

g. ☐ In a previous case(s), as of the date of dismissal there was:
   ☐ an action by the Secured Creditor/Lessor under 11 U.S.C.§ 362(d) still pending or
   ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1.   Property description/value:  9529 Orr And Day Road, Santa Fe Sprin      $ 415,000.00
   2.   Creditor/Lien amount:  Shellpoint Mortgage                             $ 377,266.90
   3.   Creditor/Lien amount: _____                   $ _____
   4.   Creditor/Lien amount: _____                   $ _____
   5.   Creditor/Lien amount: _____                   $ _____
   6.   Total Liens                                                            $ 377,266.90
   7.   Debtor's Homestead Exemption                                           $ _____
   8.   Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ 4,533.10 (after their 8% COC)

b) 1.   Property description/value:  2003 Honda Accord                         $ 3,000.00
   2.   Creditor/Lien amount:  Affordable Auto Inc.                            $ 6,312.47
   3.   Creditor/Lien amount: _____                   $ _____
   4.   Creditor/Lien amount: _____                   $ _____
   5.   Creditor/Lien amount: _____                   $ _____
   6.   Total Liens                                                            $ 6,312.47
   7.   Debtor's Homestead Exemption                                           $ _____
   8.   Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) $ -3,312.47

   ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 4                    F 4001-1.IMPOSE.STAY.MOTION

4. **Grounds for Continuing The Stay:**

a. ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

    1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

        A. ☒ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

        B. ☒ Good faith is shown because
           In the prior filing, the Debtor unexpectedly went on disability. As such, the Debtor was unable
           to maintain regular plan payments. The Debtor now earns regular income, and is able to
           maintain regular plan payments.

           ☐ See attached continuation page

    2. ☒ The Property is of consequential value or benefit to the estate because:

        A. ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached (*describe separately as to each property*);

        B. ☒ The Property is necessary to a reorganization for the following reasons:
           The real property is the Debtor's primary residence. The vehicle is the Debtor's form of
           transportation to and from work.

           ☐ See attached continuation page

        C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection):

           ☐ See attached continuation page

    3. ☒ The presumption of a bad faith filing under 11 U.S.C. § 362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

        A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§ 362(i);
        B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
        C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because:

           ☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                      Page 5                   **F 4001-1.IMPOSE.STAY.MOTION**

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is
excusable because:

_____

_____

_____

☐ See attached continuation page

E. ☒ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:
In the prior filing, the Debtor unexpectedly went on disability.  As such, the Debtor was unable
to maintain regular plan payments.  The Debtor now earns regular income, and is able to
maintain regular plan payments.

☐ See attached continuation page

F. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the
dismissal of the prior case(s) as follows:
The Debtor now has a stable job and is receiving regular income.

_____

From this, the court may conclude that this case, if a case under chapter 7, will result in a
discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons:

_____

_____

_____

☐ See attached continuation page

4. ☒ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii)
is overcome in this case because
The Debtor has the means to maintain timely plan payments.  The vehicle is the Debtor's primary form
of transportation, and the Debtor needs the vehicle in order to commute to and from work. The real
property is the Debtor's primary residence.

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
a. ☒ Pursuant to 11 U.S.C. § 362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as
follows:
1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the
Property is greater than all liens on the property as shown above in paragraph 3 and as supported by
declarations attached.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

2. ☒ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

The real property is the Debtor's primary residence.  The vehicle is the Debtor's primary form of transportation, and she needs the vehicle to commute back and forth to work.

☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (*describe Movant's proposal for adequate protection*):

☐ See attached continuation page

b. ☒ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

2. ☒ Good faith is shown because:

In the prior filing, the Debtor unexpectedly went on disability.  As such, the Debtor was unable to maintain regular plan payments.  The Debtor now earns regular income, and is able to maintain regular plan payments.

☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§ 362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:

☐ See attached continuation page

2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal  was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

☐ See attached continuation page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 7                        F 4001-1.IMPOSE.STAY.MOTION

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

5. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:
The Debtor works a stable job and is now receiving regular income, and can maintain plan payments moving forward.
_____
(from which the court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons:

_____
_____
_____
_____
_____

☐ See attached continuation page

7. ☒ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because
The Debtor has the means to maintain timely plan payments.  The vehicle is the Debtor's primary form
The Debtor has the means to maintain timely plan payments.  The vehicle is the Debtor's primary form
of transportation.  The real property is the Debtor's primary residence.

☐ See attached continuation page(s)

6. **Evidence in Support of Motion:** (*Important Note: Declaration(s) in support of the Motion MUST be attached hereto.*)

a. ☒ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
b. ☒ Other Declaration(s) are also attached in support of this Motion.
c. ☒ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's Schedules.  Authenticated copies of the relevant portions of the Schedules are attached as Exhibit  A
d. ☐ Other evidence (*specify*):

7. ☐ An optional Memorandum of Points and Authorities is attached to this Motion.

**WHEREFORE, Movant prays that this court issue an Order imposing a Stay and granting the following (*specify forms of relief requested*):**

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 8                          F 4001-1.IMPOSE.STAY.MOTION

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (specify proposed adequate protection)

_____
_____
_____

8. ☐ For other relief requested, see attached continuation page.

Date: 11/28/16

Respectfully submitted,

Traci Toscano
Movant name

PRICE LAW GROUP, APC
Firm name of attorney for Movant (if applicable)

Signature

Rabin J. Pournazarian
Printed name of individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I, Rabin J. Pournazarian _____, am the Attorney _____ of Movant. I have read the foregoing motion consisting of ___17___ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11/28/16          Rabin J. Pournazarian
Date               Printed name of declarant                          Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                         Page 9                    F 4001-1.IMPOSE.STAY.MOTION

# DECLARATION OF DEBTOR

**DECLARATION OF TRACI TOSCANO**

I, Traci Toscano, hereby declare as follows:

1. That I am the Debtor in the Chapter 13 Case No.: 2:16-bk-25305-VZ, filed on November 18, 2016. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, I could and would testify thereto in a court of law.

2. On January 28, 2013, I filed a previous Chapter 13 Bankruptcy bearing Case No: 2:13-bk-12191 that was later dismissed on September 23, 2016.

3. That my previous bankruptcy was dismissed because of failure to make plan payments. At that time, I was on disability, and suffered a dramatic loss in income. As a result, I was unable to keep up with my plan payments, and my case was dismissed.

4. That I have a stable source of income and can afford my monthly plan payments.

5. That I am the owner of the 2003 Honda Accord, my primary form of transportation.

6. That I am the owner of the real property located at 9529 Orr And Day Road, Santa Fe Springs, CA 90670, my primary residence.

7. That I need to file this Chapter 13 Bankruptcy so that I can reorganize my debt and keep my home and vehicle.

8. That this bankruptcy is filed in good faith, with no intention to delay or defraud any creditors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28rd 2016, at _Santa Fe Springs_, California.


Traci Toscano

-1-

# EXHIBIT "A"

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Traci Renee Toscano** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:16-bk-25305-VZ** |
| (If known) | |

☐ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|---|
| **2.1  Affordable Auto Inc.**<br>Creditor's Name | **Describe the property that secures the claim:**<br>**2003 Honda Accord 195000 miles**<br>**Encumbered.**<br><br>**Value is based on kbb.com** | **$6,312.47** | **$3,000.00** | **$3,312.47** |

**8509 Rosemead Blvd.**
**Pico Rivera, CA 90660**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2015**          Last 4 digits of account number    **TOSCANO**

| | | | | |
|---|---|---|---|---|
| **2.2  Shellpoint Mortgage**<br>Creditor's Name | **Describe the property that secures the claim:**<br>**9529 Orr And Day Road Santa Fe**<br>**Springs, CA 90670  Los Angeles**<br>**County**<br>**Residence:**<br><br>**1st DOT Due/Late:   1st / 16th**<br><br>**Fair market value is based on**<br>**comparables in the area.  After 8%**<br>**COS deduction, there is**<br>**approximately $5000 of equity in** | **$377,226.90** | **$415,000.00** | **$0.00** |

**55 Beattie Pl #500**
**Greenville, SC 29601**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Traci Renee Toscano**

First Name        Middle Name        Last Name

Case number (if know)   **2:16-bk-25305-VZ**

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- ■ Check if this claim relates to a
  community debt

- ■ An agreement you made (such as mortgage or secured car loan)
- □ Statutory lien (such as tax lien, mechanic's lien)
- □ Judgment lien from a lawsuit
- □ Other (including a right to offset) _____

Date debt was incurred   **2015**          Last 4 digits of account number   **3514**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $383,539.37 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $383,539.37 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

□

Name, Number, Street, City, State & Zip Code
**Quality Loan Service
1650 East Fourth Street
TSN: CA-12-526317LL
Santa Ana, CA 92701**

On which line in Part 1 did you enter the creditor?  __2.2__

Last 4 digits of account number ___

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

-14-

Debtor 1   **Traci Renee Toscano**

First Name          Middle Name          Last Name

Case number (if known)   **2:16-bk-25305-VZ**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **2015**       Last 4 digits of account number   **3514**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$383,539.37** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$383,539.37** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code

**Quality Loan Service**
**1650 East Fourth Street**
**TSN: CA-12-526317LL**
**Santa Ana, CA 92701**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

# LEGAL DESCRIPTION OF PROPERTY

LOT 488 OF TRACT NO. 16194, IN THE CITY OF SANTA FE
SPRINGS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
AS PER MAP RECORDED IN BOOK 370 PAGE(S) 14 TO 26
INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER
HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE
OF SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE
ENTRY, AS RESERVED OR GRANTED IN DOCUMENTS OF
RECORD.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 800
Encino, CA 91436

A true and correct copy of the foregoing document entitled **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 27, 2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    CHAPTER 13 TRUSTEE: Nancy K Curry (TR)    ecfnc@trustee13.com
    ATTORNEY FOR DEBTOR: Rabin J Pournazarian    enotice@pricelawgroup.com, rabin@pricelawgroup.com
    U.S. TRUSTEE: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

    ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On November 29, 2016 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

    ☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ,I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 29, 2016 | Laura Franklin | |
| Date | Typed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

**VIA U.S. MAIL**

**CREDITOR**
New Penn Financial LLC
dba Shellpoint Mortgage
Attn: Cara Perry
PO Box 10826
Greenville, SC 29603-0826

# AND ATTACHED SERVICE LIST

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:16-bk-25305-VZ
Central District of California
Los Angeles
Mon Nov 28 11:03:18 PST 2016

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Affordable Auto Inc.
8509 Rosemead Blvd.
Pico Rivera, CA 90660-5427

Check 'n Go
Collections Department
100 Commercial Drive
Fairfield, OH 45014-5556

Credit One
2333 N Broadway Ste 130
Santa Ana, CA 92706-1641

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Navient
US Dept of Education Loan Servicing
P.O. Box 9635
Wilkes Barre, PA 18773-9635

Quality Loan Service
1650 East Fourth Street
TSN: CA-12-526317LL
Santa Ana, CA 92701-5151

Shellpoint Mortgage
55 Beattie Pl #500
Greenville, SC 29601-5116

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Bank, N.A.
PO BOX 54780
Des Moines, IA 50306

Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466

Rabin J Pournazarian
15760 Ventura Blvd Ste 800
Encino, CA 91436-3018

Traci Renee Toscano
9529 Orr And Day Road
Santa Fe Springs, CA 90670-2721

End of Label Matrix
Mailable recipients    13
Bypassed recipients     0
Total                  13